IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., <br><br>Plaintiffs, <br><br>v. <br><br>NUANCE COMMUNICATIONS, INC., <br><br>Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 6:12-cv-01017 <br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR
PLAINTIFFS UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A.**

Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. (collectively "Uniloc") respectfully move, pursuant to Local Rule CV-11(d), to be permitted to withdraw Edward R. Nelson, III, Barry J. Bumgardner, Edward E. Casto, Jr., Jaime K. Olin, R. Casey O'Neill and Steven W. Hartsell, with the law firm of Nelson Bumgardner Casto, P.C., 3131 West 7th Street, Suite 300, Fort Worth, Texas 76107, as counsel for Uniloc, and set forth the grounds for this request as follows:

1. Uniloc is represented in this proceeding by other able counsel, and the withdrawal will have no detrimental effect on Uniloc or its representation in this case, nor will it cause any delay in the proceedings.

2. Uniloc's counsel has conferred with counsel for Defendants regarding this request, and has been advised that Defendants do not oppose the withdrawal.

3. New lead counsel in this case will be James L. Etheridge, Etheridge Law Group, 2600 East Southlake Boulevard, Suite 120-324, Southlake, Texas 76092. Mr. Etheridge has been

counsel of record since the onset of this case.

Wherefore, the above grounds considered, Uniloc moves to allow Edward R. Nelson, III, Barry J. Bumgardner, Edward E. Casto, Jr., Jaime K. Olin, R. Casey O'Neill and Steven W. Hartsell to be permitted to withdraw as counsel for Uniloc.

This 30th day of May, 2014.

        Respectfully submitted,

        /s/ Edward R. Nelson, III
        Edward R. Nelson, III
        Lead Attorney
        Texas State Bar No. 00797142
        Edward E. Casto, Jr.
        Texas State Bar No. 24044178
        Barry J. Bumgardner
        Texas State Bar No. 00793424
        Steven W. Hartsell
        Texas State Bar No. 24040199
        Jaime K. Olin
        Texas State Bar No. 24070363
        R. Casey O'Neill
        Texas State Bar No. 24079077
        NELSON BUMGARDNER CASTO, P.C.
        3131 West 7th Street, Suite 300
        Fort Worth, Texas 76107
        Phone:  (817) 377-9111
        Fax:  (817) 377-3485
        enelson@nbclaw.net
        ecasto@nbclaw.net
        barry@nbclaw.net
        shartsell@nbclaw.net
        jolin@nbclaw.net
        coneill@nbclaw.net

        James L. Etheridge
        Texas State Bar No. 24059147
        ETHERIDGE LAW GROUP, PLLC
        2600 E. Southlake Blvd., Suite 120 / 324
        Southlake, Texas 76092
        Telephone: (817) 470-7249
        Facsimile: (817) 887-5950
        Jim@EtheridgeLaw.com

>T. John Ward, Jr.
>Texas State Bar No. 00794818
>J. Wesley Hill
>Texas State Bar No. 24032294
>WARD & SMITH LAW FIRM
>P.O. Box 1231
>1127 Judson Road, Ste. 220
>Longview, Texas  75606-1231
>(903) 757-6400
>(903) 757-2323 (fax)
>jw@wsfirm.com
>wh@wsfirm.com
>
>**ATTORNEYS FOR PLAINTIFFS UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of May 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>/s/ Edward R. Nelson, III